No. 302. THE UNITED STATES FIDELITY & GUARANTY
COMPANY OF ·BALTIMORE, MD., PLAINTIFF IN ERROR, *v.*
FRED H. POETKER, RECEIVER, ETC. In error to the Su-
preme Court of the State of Indiana. Motion to dismiss
or affirm or place on the summary docket submitted Octo-
ber 13, 1914. Decided October 26, 1914. *Per Curiam.*
Dismissed for want of jurisdiction upon the authority of

(1) *First National Bank* v. *Estherville*, 215 U. S. 341, 346; *Rogers* v. *Clark Iron Co.*, 217 U. S. 589; *May* v. *Illinois*, 232 U. S. 720; (2) *McCorquodale* v. *Texas*, 211 U. S. 432, 437; *Consolidated Turnpike* v. *Norfolk &c. Ry.*, 228 U. S. 326, 334; *City of Lewiston* v. *Chamberlain*, 234 U. S. 751. *Mr. Charles Martindale* for the plaintiffs in error. *Mr. Frank S. Roby* and *Mr. Ward H. Watson* for the defendant in error.